# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| OMAR HILL, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-13-1126-D |
| | ) | |
| MATTHEW CATES et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Plaintiff Omar Hill, Jr., a California state prisoner appearing *pro se* and proceeding *in forma pauperis*, brings this action pursuant to 42 U.S.C. § 1983 alleging violations of his federal constitutional rights during his incarceration at North Fork Correctional Facility, a privately operated prison in Sayre, Oklahoma. In accordance with 28 U.S.C. § 636(b)(1)(B) and (C), the matter was referred to United States Magistrate Judge Charles B. Goodwin for initial proceedings.

In a Report and Recommendation [Doc. No. 22] issued on May 28, 2014, the Magistrate Judge recommended that Plaintiff's Complaint be dismissed without prejudice for failure to state a claim upon which relief may be granted under 42 U.S.C. § 1983 and that the Court decline to exercise supplemental jurisdiction over any state-law claims asserted. The Magistrate Judge further recommended that Plaintiff be granted leave to file an amended complaint to cure the deficiencies in his claims, as more fully identified in the Report and Recommendation.

The Magistrate Judge specifically advised Plaintiff of his right to object to the findings and recommendations set forth therein. He further advised Plaintiff that his failure to timely object would constitute a waiver of his right to appellate review of the factual and legal matters in the Report and Recommendation. Plaintiff's deadline for filing objections was June 18, 2014.

To date, Plaintiff has not filed an objection to the Report and Recommendation or sought an

extension of time in which to do so. Accordingly, the Court adopts the Report and Recommendation in its entirety.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 22] is ADOPTED in its entirety.

IT IS FURTHER ORDERED that Plaintiff is granted leave to file an amended complaint within twenty-one (21) days of the date of this Order to cure the deficiencies in his claims, as more fully identified in the Report and Recommendation.

IT IS SO ORDERED this 24th day of June, 2014.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE